AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District Of Texas
**FILED**

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

McALLEN DIVISION

AUG 3 1 2019

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Jose Alexander Cruz

**CRIMINAL COMPLAINT**

Case Number: M-19-2081-M

IAE   YOB: 1981
El Salvador
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 30, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Jose Alexander Cruz was encountered by Border Patrol Agents near Hidalgo, Texas on August 30, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on August 30, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on June 7, 2018 through El Paso, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On May 14, 2018, the defendant was convicted of 8 USC 1326 Reentry of Deported Aliens and was sentenced to time served.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on August 31, 2019.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on: @ 3:48 PM

/S/ Annjeri Skarboszewski
Signature of Complainant

Annjeri Skarboszewski   Border Patrol Agent

August 31, 2019

J Scott Hacker   , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer